In the Matter of JOHN GERDES et al., as Trustees of REYNOLDS INVESTING COMPANY, INC., Appellants, against CARROLL G. WALTER, as Justice of the Supreme Court of the State of New York, et al., Respondents.

Argued February 23, 1943; decided April 22, 1943.

*John Gerdes* and *James D. Carpenter, Jr.,* in person, and *Mary-Chase Clark* for appellants.

*David Paine, Lawrence S. Greenbaum, Theodore S. Jaffin* and *James F. Dwyer* for respondents.

Appeal dismissed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.